## JAMES SERVELLO *v.* COMMISSIONER OF CORRECTION
### (AC 28104)

DiPentima, Beach and Lavery, Js.

Argued February 14—officially released April 15, 2008

Per Curiam. The judgment is affirmed.

## TRINITY UNITED METHODIST CHURCH *v.* JENNIFER L. CLEAVER
### (AC 28326)

Bishop, Robinson and Freedman, Js.

Argued February 19—officially released April 15, 2008

Per Curiam. The judgment is affirmed.

## IRVING ORTIZ *v.* COMMISSIONER OF CORRECTION
### (AC 27495)

Bishop, Harper and Peters, Js.

Argued March 11—officially released April 15, 2008

Per Curiam. The judgment is affirmed.